IDA SMALL, Suing on Behalf of Herself and All Other Similarly Situated Holders of the New York Central and Hudson River Railroad Company's 3½% Gold Bonds, Lake Shore Collateral, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HILMA GURANSON, Respondent, v. MILTON L'ECLUSE and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the evidence.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSA PONZILLO (Professionally Known as ROSA PONSELLE), Respondent, v. WILLIAM THORNER, Appellant.— Judgment and order affirmed, with costs. No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN BOSCH MAGNETO CORPORATION, Respondent, v. ROBERT BOSCH MAGNETO COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.   [See 127 Misc. 119.]

EDGAR NEWTON, Appellant, v. ANTOKOLETZ REALTY CO., INC., Respondent.— Order so far as it grants the motion to set aside the verdict on the ground that it is against the weight of the evidence, affirmed; in so far as said order grants the motion to dismiss the complaint, reversed and defendant's motion for a new trial granted.   Judgment reversed and new trial ordered, with costs to the appellant to abide the event.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN NEWTON, Appellant, v. ANTOKOLETZ REALTY CO., INC., Respondent. — Order so far as it grants the motion to set aside the verdict on the ground that it is against the weight of the evidence, affirmed; in so far as said order grants the motion to dismiss the complaint, reversed and defendant's motion for a new trial granted.   Judgment reversed and new trial ordered, with costs to the appellant to abide the event.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM BRUSH, Respondent, v. PROSPECT SALES CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent.

MANUFACTURERS TRUST COMPANY, Respondent, v. HARRY HORN and Others, Appellants.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS REIF, an Infant, by CHARLES REIF, His Guardian ad Litem, Respondent, v. JACOB RUTENBERG, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent and vote for affirmance upon the ground that the evidence upon this second trial presents an issue which lies within the province of the jury and which the court may not take from them.

DAVID SILBERSTEIN and Others, Appellants, Respondents, v. JAMES MCHUTCHISON, Doing Business as MCHUTCHISON & COMPANY, Respondent, Appellant.—